```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF MISSOURI
                      EASTERN DIVISION

EMZILE LEE WILBURN,            )
                               )
          Plaintiff,           )
                               )
     v.                        )    No. 4:07CV706(JCH)
                               )
MATTHEW WEISS,                 )
JEROME FIELDS,                 )
AMY BURKEY,                    )
JAMES CHRANS,                  )
LUTHERAN MINISTRIES, and       )
CITY OF ST. LOUIS,             )
                               )
          Defendants.          )
```

## ORDER OF PARTIAL DISMISSAL PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's claims against Lutheran Ministries and the City of St. Louis are **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

Dated this 7th day of May, 2007.

                              /s/ Jean C. Hamilton
                              **UNITED STATES DISTRICT JUDGE**