UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EMZILE LEE WILBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:07CV706 JCH |
| | ) |
| MATTHEW WEISS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL

**IT IS HEREBY ORDERED** that to the extent that plaintiff is attempting to plead allegations on behalf of another prisoner, a Mr. John Tillman, these allegations [Doc. #23] are **DISMISSED**.

Dated this 3rd Day of December, 2007.

/s/ Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE